**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

:

Plaintiff,                           Case No. 3:16MJ00160

:

-vs-                          :        Chief Magistrate Judge Sharon L. Ovington

RONALD SCOTT GIBSON,          :

Defendant.                 :

**BINDOVER ORDER**

This matter was set for preliminary examination on July 1, 2016.  Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

July 1, 2016                                   _____s/ Sharon L. Ovington_____
                                                        Sharon L. Ovington
                                               Chief United States Magistrate Judge